## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Michiyo N Janczak | ) | Chapter 13 |
| | ) | Case No. 19 B 21396 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Michiyo N Janczak
205 Ridge Rd. Apt 103
Wilmette, IL 60091

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On October 24, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, September 21, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 07/31/2019.

2. The debtor(s) have failed to amend schedule J to reduce excessive expenses.

3. The debtor(s) have failed to commit all disposable income to the plan.

4. The debtor(s) have failed to satisfy the liquidation requirement of §1325(a)(4).

5. The debtor failed to amend schedule I to remove income from second job.

6. The debtor failed to provide proof of income.

7. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE